**THIS ORDER IS SIGNED AND ENTERED.**

Dated: **November 18, 2019**

Hon. Catherine J. Furay
United States Bankruptcy Judge

___

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WISCONSIN
# MADISON DIVISION

In Re:                                                              Case No. 3-19-13272-cjf

**Nicole Marie McGlynn**

**aka Nikki Marie McGlynn**

**Debtors**

### ORDER TERMINATING STAY

This matter having come on before this Court upon a notice and motion for relief from stay which was filed with this court on or about October 29, 2019; and

It appearing from the affidavit of mailing filed with this court that those entitled to notice received notice of the application; and

Such notice required that any interested party wishing to object to said motion must have

done so in writing no later than November 12, 2019; and

It appearing that no objection or request for hearing was timely filed with this court as required by the notice; and

This court being satisfied that the creditor, Bank of America, N.A. is entitled to relief from the automatic stay;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

The automatic stay in this matter as applies to the above-named creditor be and hereby is lifted as to the 2017 Subaru Legacy, VIN #4S3BNAD65H3008507.

###